[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 22-13002

Non-Argument Calendar

————————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

YURI MAIKEL HERNANDEZ PEREZ,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:21-cr-00039-JB-B-2

————————————————

Before WILSON, LUCK, and ABUDU, Circuit Judges.

PER CURIAM:

Arthur J. Madden III, appointed counsel for Yuri Maikel Hernandez Perez in this appeal following his convictions on one count of conspiracy to distribute more than 50 grams of methamphetamine and one count of possession with intent to distribute more than 50 grams of methamphetamine, and his resultant total sentence of 85 months' imprisonment, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Perez's convictions and sentences are **AFFIRMED**.